JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Elguezabal,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Keun T. Rim, in his individual and representative capacity as trustee of the Keun and Judy Rim Trust; Judy Rim, in her individual and representative capacity as trustee of the Keun and Judy Rim Trust; Manases Gonzales; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-01851 DMG-CWx<br><br>**ORDER RE DISMISSAL PURSUANT TO FED.R.CIV.P. 41 (a) (1) [28]** |

　　　Having reviewed the parties' Stipulation, and good cause appearing therefor, this action is hereby ordered dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

　　　Accordingly, the Final Pretrial Conference on July 21, 2015 and the Jury Trial on August 11, 2015 are hereby VACATED.

DATED: October 9, 2014　　　　　　*/s/ Dolly M. Gee*
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE